■ In the Matter of Christopher W., a Person Alleged to be a Juvenile Delinquent, Appellant. [606 NYS2d 702] —Order of disposition, Family Court, New York County (Leah Ruth Marks, J.), entered November 23, 1992, adjudicating respondent a juvenile delinquent following a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crime of criminal possession of a controlled substance in the fifth degree, and placing him with the New York State Division for Youth, Title III, for a period of

18 months, with the direction that he remain in a 24-hour residential program for a minimum of 6 months, unanimously affirmed, without costs.

Family Court properly denied respondent's motion to dismiss the petition where he consented to the first adjournment of the dispositional hearing *(see, Matter of Hiram D.,* 189 AD2d 730), and the presentment agency established special circumstances for the successive one-day adjournment based upon a clerical error in calendaring the wrong date for respondent's production *(see, Matter of David R.,* 150 AD2d 161). Concur—Sullivan, J. P., Carro, Wallach, Kupferman and Tom, JJ.